## Copyrights-In-Suit for IP Address 24.189.226.96

**ISP:** Optimum Online High Speed Internet Service
**Location:** Medford, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Luvv Me Tender | PA0002036139 | 09/15/2016 | 12/04/2016 | 11/04/2017 |
| Nina Needs It Now | PA0002015112 | 04/12/2016 | 06/18/2016 | 10/22/2017 |
| One Day In Paradise | PA0002015099 | 04/27/2016 | 05/31/2016 | 08/05/2017 |
| Asstastic | PA0002015088 | 05/07/2016 | 05/31/2016 | 06/17/2017 |
| Threesome With a View | PA0002015110 | 04/15/2016 | 05/31/2016 | 04/21/2017 |
| In the Garden of Ecstasy | PA0002014940 | 05/21/2016 | 05/31/2016 | 05/29/2016 |
| All I Want for Christmas | PA0001986976 | 12/18/2015 | 01/18/2016 | 02/12/2016 |
| Like the First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 01/08/2016 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 09/29/2015 |

**Total Malibu Media, LLC Copyrights Infringed: 9**