UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                :
MALIBU MEDIA, LLC,                              :
                                                :
                                                :   Case No. 2:18-cv-00054-JMA-SIL
                         Plaintiff,             :
                                                :
                                                :
            vs.                                 :
                                                :
JOHN DOE subscriber assigned IP address         :
24.189.226.96,                                  :
                                                :
                                                :
                         Defendant.             :
-----------------------------------------------------------------X
```

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 24.189.226.96. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 19, 2018                    Respectfully Submitted,

                                           By: <u>/s/ Kevin T. Conway, Esq.</u>
                                           Kevin T. Conway, Esq.
                                           NY Bar No.: 2133304
                                           664 Chestnut Ridge Road
                                           Spring Valley, NY 10977-6201
                                           T: (845) 352-0206
                                           F: (845) 352-0481
                                           Email: ktcmalibu@gmail.com
                                           *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Kevin T. Conway*